Same case below, 347 Fed. Appx. 898.

Same case below, 590 F.3d 730.

**No. 09-1228. Dwain L. Kirkland, Petitioner v. The Guardian Life Insurance Company of America.**

560 U.S. 965, 130 S. Ct. 3412, 177 L. Ed. 2d 325, 2010 U.S. LEXIS 4911.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 352 Fed. Appx. 293.

**No. 09-1251. Dhruba Pradhan, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 966, 130 S. Ct. 3413, 177 L. Ed. 2d 325, 2010 U.S. LEXIS 4942.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 352 Fed. Appx. 205.

**No. 09-1234. Joseph Chontos, Petitioner v. Mary Berghuis, Warden.**

560 U.S. 965, 130 S. Ct. 3413, 177 L. Ed. 2d 325, 2010 U.S. LEXIS 4920.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 585 F.3d 1000.

**No. 09-1264. Paul Joseph McNeil, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 966, 130 S. Ct. 3423, 177 L. Ed. 2d 325, 2010 U.S. LEXIS 4864.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 344 Fed. Appx. 814.

**No. 09-1240. Douglas Asphalt Company, et al., Petitioners v. Arch Insurance Company.**

560 U.S. 965, 130 S. Ct. 3413, 177 L. Ed. 2d 325, 2010 U.S. LEXIS 4843.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 361 Fed. Appx. 103.

**No. 09-1340. Marcella Richman, as Special Administrator of the Estate of Jack B. Richman, Deceased, Petitioner v. Brian Burgeson, et al.**

560 U.S. 966, 130 S. Ct. 3425, 177 L. Ed. 2d 325, 2010 U.S. LEXIS 4822.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 358 Fed. Appx. 682.

**No. 09-1249. Jean Leonard Harris, Petitioner v. Sandra Wittman, et al.**

560 U.S. 966, 130 S. Ct. 3413, 177 L. Ed. 2d 325, 2010 U.S. LEXIS 4930.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-1369. Roberta R. Cano, Petitioner v. Timothy F. Geithner, Secretary of the Treasury.**

560 U.S. 966, 130 S. Ct. 3432, 177 L. Ed. 2d 325, 2010 U.S. LEXIS 4776.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.